

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HENRY WISE, IV, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-251
)
DAN FORTH, et al., )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which objections have been filed (Doc. 20). In the report and recommendation, the Magistrate Judge recommends dismissing Plaintiff's complaint because he submitted false financial information with his Motion to Proceed In Forma Pauperis. In his objections, Plaintiff claims that he provided the incorrect information by mistake. After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. These questions were simple and straightforward. At best, Plaintiff simply chose to ignore them. However, both these questions and the accuracy of Plaintiff's answers are of great importance to the Court in determining if he should be allowed to press his case without paying the required filing fees. Therefore, the

Court will not countenance parties supplying false answers to these questions, even if they are the result of a lack of attention to detail. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of April 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA